UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 05-297M |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| CHAD MEYERS, | ) | |
| Defendant. | ) | |

<u>Offense charged</u>:

Manufacture methamphetamine, conspiracy to distribute heroin, possession of methamphetamine manufacturing equipment, possession of MDMA manufacturing equipment, forfeiture allegation

<u>Date of Detention Hearing</u>:    Initial Appearance June 14, 2005

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1)    Defendant is charged in a four count indictment in the Eastern District of Louisiana with the above listed charges. He has waived an identity hearing, and an order of transfer has been

signed.

(2) Defendant was not interviewed by Pretrial Services. His background information is not known. Defendant does not contest detention at this time, but wishes to allow appointed counsel in Louisiana to have the opportunity to present the detention issue before the court in that District.

(3) Defendant poses a risk of nonappearance due to the lack of background information and lack of known ties to this District. He poses a risk of danger due to the nature of the offense.

(4) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

/ / /

/ / /

/ / /

/ / /

01    (4)    The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

04    DATED this  14th  day of June, 2005.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
PAGE 3

15.13
Rev. 1/91